PEOPLE *v.* RONNIE WILLIAMS. Appeal from Oakland, Robert L. Templin, J. Submitted Division 2 October 5, 1971, at Lansing. (Docket No. 10960.) Decided October 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Thomas G. Plunkett,* Prosecuting Attorney, and *Robert H. Roether,* Assistant Prosecuting Attorney, for the people.

*Douglas Chartrand,* for defendant on appeal.

Before: QUINN, P. J., and DANHOF and TARGONSKI, JJ.

---

MEMORANDUM OPINION. Defendant was convicted by a jury of breaking and entering with intent to commit a larceny; he was sentenced, and he appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.